# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

Jeffrey Plotke #S04264 )
)
Plaintiff )
)
vs. )
Abraham Lincoln Hospital & Logan county Jail )
Lincoln police department & )
Municipal City of lincoln police department )
TaskForce & Illinois department )
of corrections district 3 and p/o unknown )
parole devion. Chad Emer )
Clinton Wombles Kevin lynn )
Heidi Ricks Moore and other members )
of taskforce (I dont know). )
& DCFS worker Kelsey Dollie )
STG Anderson Lincoln police officer Defendant(s) )
other officer unknown name from lincoln police department & Rob Spiker & FBI/Dewitt county sheriff

Case No. _____
*(The case number will be assigned by the clerk)*

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☒ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____

☐ Unknown _____

## I. FEDERAL JURISDICTION

*\*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Jeffrey Plotke

Prison Identification Number: S04264

Current address: 12078 IL Route 185
Hillsboro IL 62049

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Hiedi Moore taskforce officer for central IL Task and Illinois ST

Current Job Title: Taskforce officer/ ~~Dxxxxx~~ Lincoln police trai Star

Current Work Address _____

Defendant #2:

Full Name: Chad Eimer

Current Job Title: Taskforce officer/ Lincoln police officer

Current Work Address Atlanta IL Cheif of Police & ISP Training and boards standerds

Defendant #3:

Full Name: Clinton Wombles

Current Job Title: Lincoln police officer/Taskforce

2

Current Work Address _____

Defendant #4:

Full Name: Kevin lynn

Current Job Title: lincoln police

Current Work Address _____

Defendant #5:

Full Name: Nichelle Echols ~~[scribbled]~~ & other parole Officers unknown

Current Job Title: Illinos Department of corrections District 3 Parole offc

Current Work Address _____

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?      Yes ☐      No ☒

If yes, please describe _____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☒      No ☐

C. If your answer to B is yes, how many? __1__   Describe the lawsuit(s) below.

3

1. Name of Case, Court and Docket Number _Plotke vs Lynn_

2. Basic claim made _Excessive force failure to intervine_

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) _Still Pending_

For additional cases, provide the above information in the same format on a separate page.

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?   Yes ☐   No ☒

B. Have you filed a grievance concerning the facts relating to this complaint?

  Yes ☐   No ☒

If your answer is no, explain why not _____

C. Is the grievance process completed?   Yes ☐   No ☒

## V. STATEMENT OF CLAIM

Place(s) of the occurrence _Illinois_

4

Date(s) of the occurrence ___Started 1-5-2024 to current date___

State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.

THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.

1) Molishis use of Brain wave interface and BCI comunications Crule unusual Punishmen violation of 8th amendment My clame states that Task force IDoc parole district 3 officers Municipal city of Lincoln police department Logan county jail Have been using Brain wave interface & BCI comunications to hurass me and say they are going to charge me with crimes I havent commited and figure out ways to kill me and get away with it they have tried to get me to commite crimes like rape, childmolestation, murder & many other hanius crimes it has been going on for close to 9 months this is Domestic terrorisim at its best.

2) Excessive force failure to interviene I was arrested on 7-20-2024 I was taken to the ground and tazed with a 2 dry stun one that burned wholes on my left hand side rib cage they clamed a struggle insude and tazed me again on ~~scribbled~~ my back ribs you can clearly see in the body cam footage that I was not struggling or fighting just had my finger in my small pocket of my pants. Further I was taken to the sallyport at the logan county jail after saying I needed medical attion and then told by STG Anderson now that we are at the sallyport are you sure you need medical attion because Nomatter

what your going to be found fit to withstunt incarsaration I get to the hospital and they pumped me full of a unknown Drug agenst my concent I asked them what shot they was giving me and they said nothing Im taking blood. I am still unsure if they even treated me I was supose to get xrays of my back and neck at the hospital after they gave me a shot of unkown Drug and said they didnt the police hand cuffed each hand and pulled there my arms out to the each side I had cuff marks on each wrist and have perment nerve damage in my left hand now where I have no feeling in parts of my left hand. I have permanet scars on my left rib where they dry stun Burn wholes in my rib four whole burn perfect line and on my Mid Rib on my Right side.

3) This is a Medical modpractic on aberhom lincoln hospital for lying about what they was doing and not properly treating me and Drug indused battery for giving me mind altering drugs without my consent that led to me having new damage to my hand and passing out with out knowing what was going on around me.

4) Robert Spiker gave brainwave interface to taskforce 6 in January 2024 and it is still being used on me daily By chad Eimer over the law suit I have filed agenst Chad Eimer clinton wombles & Kevin lynn Chad Eimer works for Illinois training & standers borad ISP and trains police and taskforce officer's

Robert spiker is a taskforce agent and Dewitt county sheriff and FBI Agent chad Eimer is Not aloud to work because of the law suit I have filed for Excessive force because he put me in a chokehold and he has close ties with taskforce because of his job and taskforce 6 is lincoln police department chad Eimer works at Lincoln police department. He has been molishesly using brain wave interface on me since January to this present day along with taskforce trying to set me up for crimes I have not commited with 2 brain wave interface computers one conected to my brain the other to my heart they use sound waves in my Heart to fool the brain wave interface lie detector test to set me up for crimes I have Not comitted they say they are in my head and in my heart brain wave interface is a brain computer that works with BCI what they are doing is Domestic terrorisim they have tryed to force me to kill people Rape women and children and kill inocent people I refused to do anything they want to force me to do so they been trying to get me on crimes I have Not comitted or figger out ways to kill me and get away with it all so None of them go to prison for Domestic terrorisim.

## RELIEF REQUESTED

(State what relief you want from the court.)

I would like 30 million dollars for damagas Punitive for cruta unusual Punishment excesive force failur to intervine

7

Medical monpracke & Domestic Terrorisim Slander Defermation of character and violation of Due Prosecess of law and for trying to frame me for crimes I have not committed, & Pain and suffering and for violating my 4th amendment for ilegal wire tap and serralince with the bain computer they can see and hear everything I can even when I have sexual relations with my girlfriend & Molishis use of a brain computer

JURY DEMAND    Yes ☒    No ☐

Signed this __9__ day of __5__, 20__24__.

(Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
| --- | --- |
| Jeffrey Allen Plotke | S04264 |
| Address: 12078 IL Route 185 Hillsboro IL 62049 | Telephone Number: 217-314-8785 |

Jeffrey Plotke #S04269
1078 JIL Route 185
Hillsboro IL 62049

United State Central district court
600 E Monroe St Room 151
Springfield IL. 62701

This Correspondence Is From An Inmate Of The IL Dept Of Corrections

